**Michael T. STEPHENS,**
**Plaintiff–Appellant,**

v.

Gary KUBIC; Philip A. Foot; Charlers Allen; Jo Ann Deboe; Charles Buch, Doctor; Nurse Holden; Nurse Carlise; Susan Foot; Parole Agent Rowell; Southern Health Partners Incorporated, Defendants–Appellees.

No. 11–6721.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2011.

Decided: Nov. 17, 2011.

Michael T. Stephens, Appellant Pro Se. Marshall Hodges Waldron, Jr., Griffith & Sadler, PA, Beaufort, South Carolina; Elliott T. Halio, Halio & Halio, Charleston, South Carolina, for Appellees.

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael T. Stephens appeals the district court's order denying his Federal Rule of Civil Procedure 60(b), (d) motion for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Stephens v. Kubic,* No. 4:08–cv–00329–CMC (D.S.C. May 16, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*